USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-29-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERIC ROGERS,

        Plaintiff,

- against -

THREE TOP CHELSEA, ET AL.,

        Defendants.

---

18-cv-11930 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Clerk is directed to close this case.

SO ORDERED.

Dated:    New York, New York
           January 28, 2020

                                    John G. Koeltl
                              United States District Judge